## DÁVILA *v.* EL REGISTRADOR DE LA PROPIEDAD.

### RECURSO gubernativo contra nota del Registrador de la Propiedad de Caguas.

No. 14.   Resuelto en diciembre 21, 1905.

SOCIEDADES.—LIQUIDACIÓN.—SOCIEDADES LIQUIDADORAS.—INSCRIPCIÓN PREVIA.—MANDATO.—Constituída una sociedad en liquidadora de otra, y autorizada expresamente para enajenar, *ceder, permutar* é *hipotecar* los bienes de todas clases de la sociedad disuelta, tiene perfecta capacidad la sociedad liquidadora para verificar esas operaciones con los bienes de la disuelta, *sin necesidad de inscribirlos previamente á su favor,* pues la concesión de facultades para liquidar, no envuelve la transmisión del dominio de los bienes de la sociedad disuelta, sino la constitución de un *mandato* para liquidar.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. de la Torre.*

EL JUEZ PRESIDENTE SR. QUIÑONES, emitió la opinión del tribunal.

*Visto* el presente recurso gubernativo interpuesto por el abogado don Francisco de la Torre á nombre de don José B. Dávila y Calvayo, contra negativa del

Registrador de la Propiedad de esta ciudad á inscribir una escritura de venta de cierta finca rústica.

*Resultando*: que por escritura pública otorgada en esta ciudad en dos de mayo último ante el notario de Bayamón don Tomás Valldejuli y Calatraveño, la sociedad mercantil en comandita titulada "Hernáiz Targa y Compañía", representada por su socio gestor don Miguel Targa y Maymó, y como liquidadora de la extinguida sociedad también en comandita que giraba en esta plaza bajo la razón de "Hernáiz y Compañía", vendió á D. José B. Dávila y Calvayo, una finca rústica de trece y media cuerdas de extensión, radicada en el barrio de Bairoa del término municipal de Aguas-Buenas de la extinguida sociedad Hernáiz y Compañía á cuyo favor aparece inscrita en el Registro de la Propiedad de Caguas; y que fué presentada dicha escritura para su inscripción á favor del comprador, le fué denegada por el Registrador por los motivos que expresa la nota puesta al pie de la misma escritura y que copiada literalmente dice así:

"No admitida la inscripción del precedente documento por el defecto insubsanable de hallarse inscrita la finca que se enagena, á nombre de la sociedad Mercantil Hernáiz y Ca., distinta persona de la sociedad Mercantil Hernáiz, Targa y Ca., que es la vendedora; habiéndose tomado en su lugar anotación preventiva por ciento veinte días, al folio 9 del tomo 11, de Aguas Buenas, finca 487, anotación letra C.—Caguas Mayo 10 de 1905."

*Resultando*: que contra esta nota ha interpuesto el abogado don Francisco de la Torre á nombre del comprador don José B. Dávila y Calvayo el presente recurso gubernativo para que se revoque dicha nota y se ordene al Registrador la inscripción de la escritura con las costas.

*Considerando*: que si bien la finca rústica vendida, aparece inscrita á favor de la sociedad "Hernáiz y Com-

pañía", habiendo sido otorgada la venta por la sociedad
Hernáiz, Targa y Compañía en su concepto de liquida-
dora de aquélla y estando autorizada expresamente para
enajenar, ceder, permutar é hipotecar los bienes de todas
clases de la sociedad disuelta, como se consigna en la
escritura de venta bajo la fe del notario que la autoriza,
y con vista á la escritura de disolución de la referida
sociedad "Hernáiz y Compañía", tiene perfecta capa-
cidad la sociedad liquidadora, "Hernáiz, Targa y Com-
pañía" para vender la finca rústica de que se trata, sin
necesidad de inscribirla previamente á su favor, toda
vez que al constituirse en liquidadora de la anterior
no se le trasmitió el dominio de los bienes de la sociedad
disuelta, sino simplemente su liquidación lo que no im-
plica otra cosa que la constitución de un mandato para
liquidar.

*Considerando*: por tanto, que no existe el defecto in-
subsanable que dice el Registrador de la Propiedad de
Caguas que impide la inscripción de la escritura de que
se trata.

*Se revoca* la nota denegatoria puesta por el Registra-
dor de la Propiedad de Caguas al pie de la expresada
escritura y devuélvasele con copia de la presente reso-
lución para que proceda á inscribirla con arreglo á dere-
cho.

Jueces concurrentes: Sres: Hernández, Figueras y
MacLeary.

El Juez Asociado Sr. Wolf, no intervino en la resolu-
ción de este caso.